**OFFICIAL LOCAL FORM 3**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**CHAPTER 13 PLAN COVER SHEET**

Filing Date: 2-21-2011

Docket #: 10-22497

Debtor: Hamm, Charles

Co-Debtor: Hamm, Susan

SS#: 0971

SS#: 1233

Address: 19 Church St Unit C-4
North Attleboro MA 02760

Address: 19 Church St Unit C-4
North Attleboro MA 02760

Debtor's Counsel: Robert Deschene, Esq.

Address: 95 Church Street
North Attleboro MA 02760

Telephone #: 508-316-3853

Facsimile #: same

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE.  THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS.  THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341.  THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**OFFICIAL LOCAL FORM 3**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**PRE-CONFIRMATION CHAPTER 13 PLAN**

Docket No.: 10-22497

DEBTOR(S):

(H) Hamm, Charles                    SS#: 0971

(W) Hamm, Susan                      SS#: 1233

I.  PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $580.00 for the term of:

☐ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☑ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(ii);

☐ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor avers the following cause:

_____

_____

_____; or

☐____ Months. The Debtor states as reasons therefore: _____

_____

_____

153

## II. SECURED CLAIMS:

### A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim<br>(pre-petition arrears, purchase money, etc.) | Amount of Claim |
|----------|----------------------------------|-----------------|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Total of secured claims to be paid through the Plan:         $_____

### B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|----------|----------------------|
| Braintree Coop. Bank | Mortgage (452 mos. remaining) (monthly payt. $878; bal. $ 105,000) |
| _____ | _____ |
| _____ | _____ |

### C. Modification of Secured Claims:

| Creditor | Details of Modification<br>(Additional Details May Be Attached) | Amt. of Claim to Be<br>Paid Through Plan |
|----------|----------------------------------|-----------------|
| Eastern Bank | $14,430 @ 5.25% | $ 17,577.00 |
| TD Bank | $ 6,400 @ 5.25 % | $ 7,746.00 |

Both auto loans will be maintained, with original interest rates lowered to 5.25%

154

D. Leases:

   i.  The Debtor(s) intend(s) to reject the residential/personal property lease claims of

      N/A

      _____; or

   ii.  The Debtor(s) intend(s) to assume the residential/personal property lease claims of

      N/A

      _____.

   iii.  The arrears under the lease to be paid under the plan are ___N/A_____.

III.  PRIORITY CLAIMS:

A.  Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

B.  Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Total of Priority Claims to Be Paid Through the Plan:    $___0_____

## IV. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (to be paid through the plan):

$ 3100.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of  3.37  % of their claims.

A. General unsecured claims

$ 46,267.00

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Sallie Mae | student loan | $ 36,756.00 |
| Wells Fargo | student loan | $ 2,360.00 |
| | | $ |

Total of Unsecured Claims (A + B + C):    $ 85,383.00

D.  Multiply total by percentage:    $ 2,877.40

(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E.  Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

Total amount of separately classified claims payable at _____%:    $

VI.  OTHER PROVISIONS:

A.  Liquidation of assets to be used to fund plan: _____
_____.

157

B. Miscellaneous Provisions:

_____

VII. CALCULATION OF PLAN PAYMENT:

a)   Secured claims (Section I-A Total):                           $ 25,323.00

b)   Priority claims (Section II-A & B Total):                     $ 0

c)   Administrative claims (Section III-A&B Total):                $ 3,100.00

d)   Regular unsecured claims (Section IV-D Total): +              $ 2,877.40

e)   Separately classified unsecured claims:                      $ 0

f)   Total of a + b + c + d + e above:                  =          $ 31,300.40

g)   Divide (f) by .90 for total including Trustee's fee:

                              Cost of Plan       =                 $ 34,778.22

(This represents the total amount to be paid into the Chapter 13 Plan.)

h)   Divide (g), Cost of Plan, by Term of Plan, __60__ months

i)   Round up to nearest dollar for Monthly Plan Payment:         $ 580.00

     (Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

### A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 19 Church St Unit C-4 | $ 116,500.00 | $ 105,500.00 |
| | $ | $ |
| | $ | $ |

Total Net Equity for Real Property: $ 11,000.00

Less Total Exemptions (Schedule C): $ 11,000.00

Available Chapter 7: $ 0

### B. Automobile (Describe year, make, model):

208 Nissan Rogue   Value $ 14,625.00   Lien $ 15,916.00   Exemption $ 3,450.00

2006 Nissan Sentra   Value $ 6,400.00   Lien $ 7,746.00   Exemption $ 0

Total Net Equity: $ 0

Less Total Exemptions (Schedule C) $ 0

Available Chapter 7: $ 0

### C. All other Assets: (All remaining items on schedule B) : (Itemize as necessary)

(Attach Schedule B)
_____

_____.

159

Total Net Value: $ 41,674.00

Less Exemptions (Schedule C): $ 41,674.00

Available Chapter 7: $ 0

D.  Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 0

E.  Additional Comments regarding Liquidation Analysis:

_____

_____

IX.  SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

_____        2-21-11
Debtor's Attorney                                   Date

Attorney's Address:  95 Church Street  North Attleboro  MA  02760

_____

Tel. # (        )  508-316 -3853

Email Address:  rmd4@comcast.net

160

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF
FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

**Debtor**                                                  2-21-2011

                                                            2-21-2011
**Debtor**                                                  **Date**

161

## BANKRUPTCY COURT FOR THE DISTRICT
## OF MASSACHUSETTS

In re Hamm, Charles & Susan
Chapter 13
Case No. 10-22497

## CHAPTER 13 PLAN

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Approve Second Amended Plan and the Second Amended Plan have been furnished by First Class, U.S. Mail, postage pre-paid, on this 21st day of February 2011 to the following:

| | |
|---|---|
| Carolyn A. Bankowski, Chapter 13 Trustee<br>PO Box 8250<br>Boston MA 02114 | Citibank SD, NA<br>PO Box 6241<br>Sioux Falls SD 57117 |
| Braintree Cooperative Bank<br>1010 Washington Street<br>Braintree MA 02184 | Credit First<br>PO Box 81083<br>Cleveland OH 44181 |
| Eastern Bank<br>PO Box 201347<br>Arlington TX 76006 | Hannosh KRIGEL Gemb<br>PO Box 981439<br>El Paso TX 79998 |
| TD Bank<br>PO Box 219<br>Lewiston ME 04243 | Hsbc Bank<br>PO Box 29468<br>Phoenix AZ 85038 |
| Bank of America<br>PO Box 15026<br>Wilmington DE 19850 | Hsbc Bank<br>90 Christiana Rd<br>New Castle DE 19720 |
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City UT 84130 | Wells Fargo EFS<br>PO Box 5195<br>Sioux Falls SD 57117 |
| Chase Bank USA NA<br>PO Box 15298<br>Wlimington DE 19850 | Barclay's Bank Delaware<br>125 S West St<br>Wilmington DE 19801 |

DM Mgmt. Cbsd
PO Box 6497
Sioux Falls SD 57117

Gemb Banana Republic
2004 Bassett Ave
El Paso TX 79901

Gemb IKEA
4125 Windward Plaza
Alphretta GA 30005

Gemb
PO Box 981400
El Paso TX 79998

Gemb Paypal
PO Box 981064
El Paso TX 79998

Hsbc Bank
12447 SW 69th Ave
Tigard OR 97223

Sallie Mae
PO Box 1002
Lynn Haven FL 32444

Kohls
N56W17000 Ridgewood Dr
Menomonee Falls WI 53051

Preferred Customer Account
800 Walnut St
Des Moines IA 50309

Chapter 13 Debtors,
Charles & Susan Hamm
By their Attorney,

/s/ Robert Deschene

Robert Deschene
Law Office of Robert Deschene
95 Church Street
North Attleboro MA 02760
Phone 508-316-3853
Email rmd4@comcast.net